UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| DESHEENA ADAMS, individually, and as mother and next friend of C.B.1, C.B. 2, C.H., and C.A., ROBERTO CABELLO, JR., MARK COLE, RHONDA COLLIER, individually, and as mother and next friend of J.J., ARCELLA CRUZ, ANGELINA GUTEIRREZ DE CRUZ, LETICIA M. DE LUNA, individually, and as mother and next friend of S.C., I.L., I.O., C.D., DONNETTA DILLON, individually, and as mother and next friend of, A.D. 1, A.D. 2, A.J., D.S. 1, D.S. 2, D.S. 3, D.S.4, LIDUVINA ESPINOSA, ANGELA ESPINOZA, individually, and as mother and next friend of A.E.1, R.E., N.C., A.C., and K.C., MARIBEL GAMEZ, individually, and as mother and next friend of A.G.1 AND A.G.H., MICHELLE GARCIA, individually, and as mother and next friend of E.C., G.G., M.G., A.G.2, and J.G., STEPHANIE GRIFFIN, RONNITA HALL, KENDRA MABRY, individually, and as mother and next friend of K.W.1, M.C.1, M.C.2, J.W.1, and J.W.2, AFRICA MCKINNEY, individually, and as mother and next friend of J.A., J.M., and D.W., VANESSA MCKINZEY, individually, and as mother and next friend of A.W. and D.M., WILLIE MOORE, MINERVA RAMIREZ, individually, and as mother and next friend of D.R.1, C.R., and M.R., ANGELENE RIVERA, individually, and as mother and next friend of D.R.2, A.R.1, and A.R.2, JOSE BLAS CRUZ ROQUE, individually and as father and next friend of L.C.C., DENNIS RUFFINS, individually, and as father and next friend of I.W. and L.W., DESHAUN SANDERS, ANGELA THORNTON, individually, and as mother and next friend of J.P., MAXINE TUCKER, individually, and as mother and next friend of A.E.2, O.G.1, O.G.2, and L.G., VALERIE MALLETTE, BREANNA WASHINGTON, individually, and as mother and next friend of C.W. and K.W.2, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) CAUSE NO.: 2:18-cv-00375 |

| | |
|---|---|
| LASHARDAY WHITE, individually, and as mother and next friend of A.M. AND J.D., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) |
| ATLANTIC RICHFIELD COMPANY, TESORO CORPORATION, E.I. DU PONT DE NEMOURS AND COMPANY, THE CHEMOURS COMPANY , BP AMOCO PLC, BP WEST COAST PRODUCTS LLC, U.S. SMELTER AND LEAD REFINERY, INC. d/b/a U.S.S. Lead Refinery, Inc., MINING REMEDIAL RECOVERY COMPANY, ARAVA NATURAL RESOURCES COMPANY, INC., MUELLER INDUSTRIES, INC., HAMMOND GROUP, INC.; HAMMOND LEAD PRODUCTS, LLC; HALSTAB, LLC; and HALOX, LLC, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**ATLANTIC RICHFIELD COMPANY'S AND BP WEST COAST PRODUCTS LLC'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Atlantic Richfield Company and BP West Coast Products LLC identify the following parent corporations and publicly held corporations holding 10 percent or more of their stock:

Atlantic Richfield Company's parent corporation is BP America Inc., an indirectly wholly owned subsidiary of BP p.l.c., a publicly held company.  BP p.l.c. does not have a parent corporation and no publicly held corporation owns ten percent or more of its stock.

BP West Coast Products LLC's parent corporation is BP Products North America Inc., an indirectly wholly owned subsidiary of BP p.l.c., a publicly held company.  BP p.l.c. does not have a parent corporation and no publicly held corporation owns ten percent or more of its stock.

        Respectfully submitted,

        */s/ Kathleen A. DeLaney*_____
        Kathleen A. DeLaney (#18604-49)
        Attorney for Defendants Atlantic Richfield
        Company and BP West Coast Products LLC

DELANEY & DELANEY LLC
3646 N. Washington Blvd.
Indianapolis, IN  46205
Tel. 317.920.0400
Fax  317.920.0404
kathleen@delaneylaw.net

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a copy of the foregoing was filed electronically on the 4th day of October, 2018.  I hereby certify that a copy of the foregoing has been served upon the following counsel of record by first class U.S. Mail, postage prepaid this 4th day of October, 2018:

   Alex Mendoza
   Alex Mendoza Law, LLC
   6950 Indianapolis Blvd.
   Hammond, IN 43324

   Harold Abrahamson
   Abrahamson, Reed & Bilse
   200 Russell St., 5th Floor
   Hammond, IN 46320-1818

            */s/ Kathleen A. DeLaney*
            Kathleen A. DeLaney