UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| DESHEENA ADAMS, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CAUSE NO.: 2:18-cv-00375-JVB-JEM |
| | ) |
| ATLANTIC RICHFIELD COMPANY, et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' STATUS REPORT**

Pursuant to this Court's November 15, 2019 Order to Stay Action Pending Appeal (Dkt. 92), Defendants[1] hereby notify the Court of the resolution of the appeal in *Sherrie Baker, et al. v. Atlantic Richfield Company, et al.*, Nos. 19-3159, 19-3160 (7th Cir. filed Oct. 30, 2019) (the "*Baker* Appeal"). On June 18, 2020, the U.S. Court of Appeals for the Seventh Circuit reversed this Court's order in *Baker et al. v. Atlantic Richfield Company et al.*, No. 2:17-cv-00429-JVB-JEM, Dkt. 85 (N.D. Ind.), granting the plaintiffs' motion to remand. A copy of the opinion is attached as Exhibit A.

In light of the resolution of the *Baker* Appeal, Defendants respectfully request that the Court enter an order lifting the stay in this case and resolve Plaintiffs' pending Motion to Remand, which is fully briefed. *See* Dkt. 60 (Motion to Remand); Dkts. 73, 74 (Oppositions to

---

[1] The Court ordered the parties to submit a joint status report. *See* Dkt. 92. Counsel for Atlantic Richfield Company and BP West Coast Products LLC sent a draft of the status report by e-mail to Roberto (Alex) Alejandro Mendoza, counsel for Plaintiffs, on June 26, 2020, but received no response. Counsel for Atlantic Richfield Company and BP West Coast Products LLC sent follow-up e-mails to Mr. Mendoza on June 30 and July 1, 2020, and also left a telephone message for Mr. Mendoza on July 1, 2020. Because Mr. Mendoza did not respond, this status report is submitted on behalf of Defendants only.

Motion to Remand). Pursuant to the Court's December 21, 2018 Order (Dkt. 69), Defendants will have 30 days following the Court's ruling on Plaintiffs' pending Motion to Remand to file any responsive pleadings. A proposed Order lifting the stay is attached as Exhibit B.

Dated: July 2, 2020

*s/ Diana E. Reiter*
Diana E. Reiter
Nancy G. Milburn
Jesse M. Feitel
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019-9710
(212) 836-8000
*(Admitted Pro Hac Vice)*

Sean O. Morris
Arnold & Porter Kaye Scholer LLP
777 South Figueroa Street
Los Angeles, CA 90071-5844
(213) 243-4000
*(Admitted Pro Hac Vice)*

Kathleen A. DeLaney, Atty. No. 18604-49
DeLaney & DeLaney LLC
3646 N. Washington Blvd.
Indianapolis, IN 46205
(317) 920-0400

*Counsel for Defendants Atlantic Richfield Company and BP West Coast Products LLC*

*s/ Harold Abrahamson*
Harold Abrahamson, Atty. No. 2322-45
Abrahamson Reed & Bilse
8230 Hohman Ave
Munster, IN 46321
(219) 595-5306

Thomas M Connor
Jacqueline R Sheridan
Dinsmore & Shohl LLP

Respectfully submitted,

*s/ Kathleen Taylor Sooy*
Kathleen Taylor Sooy
Tracy A. Roman
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 624-2500
*(Admitted Pro Hac Vice)*

Honor R. Costello
Crowell & Moring LLP
590 Madison Avenue
New York, NY 10022
(212) 223-4000
*(Admitted Pro Hac Vice)*

Dina M. Cox, Atty. No. 18590-49
Lewis Wagner, LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN 46202
(317) 237-0500

*Counsel for Defendants E. I. du Pont de Nemours and Company and The Chemours Company*

*s/ H. Max Kelln*
Kevin M. Toner, Atty. No. 11343-49
H. Max Kelln, Atty. No. 30358-49
Julian E. Harrell, Atty. No. 30661-49
Faegre Baker Daniels LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN 46204
(317) 237-1200

*Counsel for Defendants Mueller Industries, Inc.,*

255 E Fifth St Ste 1900  
Cincinnati, OH 45202  
(513) 977-8454

Krysta K Gumbiner  
Dinsmore & Shohl LLP  
222 W Adams St Ste 3400  
Chicago, IL 60606  
(312) 775-1743

*Counsel for Defendants Hammond Group, Inc.,*  
*Hammond Lead Products, LLC, Halox, LLC,*  
*and Halstab, LLC*

*Mining Remedial Recovery Company, Arava*  
*Natural Resources Company, Inc. and U.S.*  
*Smelter and Lead Refinery, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2020, I electronically filed the forgoing on CM/ECF. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*s/ Diana E. Reiter*
Diana E. Reiter
