UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| DESHEENA ADAMS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ATLANTIC RICHFIELD COMPANY, *et al.*, <br><br> Defendant. | Cause No. 2:18-CV-375-PPS-AZ |

## **ORDER**

This matter is before the Court on the Report and Recommendation of Magistrate Judge Abizer Zanzi. [DE 317]. On June 24, 2024, Plaintiffs filed a motion for leave to file a third amended complaint or, in the alternative, to enter final judgment as to all plaintiffs who no longer have claims against any defendants. [*See* DE 296]. Magistrate Judge Zanzi denied Plaintiffs' request for leave to file a third amended complaint but withheld ruling on whether a final judgment should be entered regarding Plaintiffs who no longer have claims as that is a decision for me to make as the district judge. [*See* DE 316]. As explained by Judge Zanzi in his Report and Recommendation, the West Calumet Plaintiffs have had their claims against all Defendants dismissed, but the dismissed claims are ill-fitted for a Rule 54(b) judgment because other Plaintiffs continue to have viable claims against the Defendants based on the same underlying factual matters and many of the same legal theories.

Neither party has filed an objection to Magistrate Judge Zanzi's Report and Recommendation. The Court having reviewed the Report and Recommendation and agreeing with the reasoning therein hereby **ADOPTS** the Report and Recommendation in its entirety. Accordingly, Plaintiffs' request for entry of partial final judgment in accordance with Rule 54(b) of the Federal Rules of Civil Procedure contained within Plaintiffs' Motion for Leave to File Third Amended Complaint or, in the Alternative, to Enter Final Judgment Pursuant [to] Rule 54(b) as to All Dismissed Counts [DE 296] is **DENIED**.

**SO ORDERED**.

ENTERED: February 6, 2025.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT